IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUIS FERNANDO-GRENADOS, | ) | |
| | ) | |
| Petitioner, | ) | 4:05CV3156 |
| | ) | |
| v. | ) | |
| | ) | |
| DENIS BLAKEWELL, WARDEN, | ) | ORDER |
| LINCOLN CORRECTIONAL CENTER, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

IT IS ORDERED:

Petitioner's motion to proceed without prepayment of fees, filing 2, is granted.

DATED this 8th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge