IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS FERNANDO-GRENADOS, ) | |
| ) | |
| Petitioner, ) | 4:05CV3156 |
| ) | |
| v. ) | |
| ) | |
| DENIS BLAKEWELL, WARDEN, ) | REASSIGNMENT ORDER |
| LINCOLN CORRECTIONAL CENTER, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| and ) | |
| ) | |
| JON BRUNING, ATTORNEY ) | |
| GENERAL OF THE STATE OF ) | |
| NEBRASKA, ) | |
| ) | |
| Additional Respondent. ) | |

It has come to this court's attention that Magistrate Judge David L. Piester was assigned in error to this case.

THEREFORE, IT IS ORDERED that this case is reassigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 2nd day of November, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge